AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 1:23-MJ-00058 |
| JAMARI CHATMAN | ) |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 3 & 4, 2022__ in the county of __Hamilton__ in the
__Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. 2252A(a)(2)(A) and (b)(1) | Receipt of Child Pornography |
| 18 U.S.C. 2422(b) | Coercion and Enticement |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Alan Keith Isaacs, FBI TFO
Printed name and title

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Jan 25, 2023**

_____
Judge's signature

City and state: Cincinnati, Ohio

Stephanie K. Bowman, U.S. Magistrate Judge
Printed name and title



# **AFFIDAVIT**

I, Alan Keith Isaacs, FBI TFO, being duly sworn, do hereby depose and say:

## **SUMMARY OF PROBABLE CAUSE**

1. On September 22, 2022, 21-year-old Jamari CHATMAN of Brownstown, MI, began chatting with an 11-year-old girl (Minor Victim - MV1) from Springdale, Ohio on a chat application called Discord. On September 26, 2022, CHATMAN drove from Michigan to an Elementary School near MV1's house to pick her up to engage in sexual activity. However, once CHATMAN arrived, MV1 ultimately decided not to get into CHATMAN's vehicle. The two continued chatting online, and CHATMAN began requesting MV1 to produce child pornography of herself and send it to him via the internet. Prior to the attempted pick up, and the production of child pornography, MV1 clearly identified herself as a minor, specifically, she told CHATMAN she was 13 years old, rather than her true age of 11.

## **FACTS ESTABLISHING PROBABLE CAUSE**

2. On October 19, 2022, the local police department (PD) in Sharonville, Ohio, received a complaint regarding MV1's communications using her school laptop with an adult male on the Discord application with the username *Jamjam20012001,* later determined to be Jamari CHATMAN. MV1 spoke briefly to law enforcement and explained how she had been communicating with

CHATMAN using various applications, and that CHATMAN had even traveled to pick her up near her house. However, MV1 explained that she did not get into the car with the man because she had been too afraid.

3. The chats observed on the school laptop showed MV1 sending nude images to CHATMAN throughout their conversation. After an initial investigation, a Sharonville PD Detective obtained a state search warrant for MV1 and CHATMAN's Discord accounts.

**Interview of MV1**

4. On November 21, 2022 MV1 was forensically interviewed by a social worker at the Cincinnati Children's Hospital where she told the interviewer the following information during a recorded interview:

   a. MV1 communicated with CHATMAN for the last few months on TikTok, Instagram, and Discord.

   b. She told CHATMAN she was 13 years old even though she was only 11. When asked by CHATMAN what grade she was in, she told him she was in 7th.

   c. MV1 and CHATMAN would communicate on video calls where they would both masturbate on camera.

   d. During their many chat conversations, CHATMAN would request MV1 to send images and videos of her genitalia to him,

which she did.

e. At one point, CHATMAN asked MV1 if she would watch him have sex with a 7-year-old child. MV1 told him she would not do so. CHATMAN then begged her to say "yes."

f. When CHATMAN talked to MV1 about having a baby with her, he asked if she would mind if he had sex with the baby. He told MV1 that he would give the baby a sleeping pill in order to make the baby easier to have sex with.

g. When CHATMAN came to pick MV1 up near her residence, MV1 saw him driving a grey colored sedan.

## Review of Discord Chats

5. The Discord chats which were obtained via search warrant were reviewed and a small portion of them are included herein.

6. The following is an excerpt from the first available conversation between MV1 and CHATMAN

**09/23/2022**

*CHATMAN - What grade you in*

*MV1 – 7th*

*MV1 – (sends two pictures of her buttocks)*


7. On September 26, 2022, which was later determined to be the date in

which CHATMAN attempted to pick up MV1, the following conversation occurred:

**09/26/2022**

*MV1-so what time are you going to be here bc ima probly go out at 6 o'clock*

*CHATMAN-You gonna have to take the skirt off when we do it because it's to long*

*MV1-ok*

*MV1-are you coming to see me today?*

*CHATMAN-What time you said your mom will be home again. Hello*

*MV1-no she all ready back. she said im going out around 6*

*CHATMAN-Why*

*MV1-she said I could idk why but she said I can go out at 6*

*CHATMAN-Oh*

*MV1-no. she got dress and in the kitchen do u want me to ask her now*

*CHATMAN-No just wait till 6*

*MV1-ok*

*CHATMAN-On the scale 1-10 how excited are you to see me*

*MV1-10*

*CHATMAN-Really*

*MV1-yea. hbu*

*...*

*CHATMAN-Go to the school near your house when it turns 6*

*...*

*(Jamjam20012001 calls MV1 three time, however she does not answer)*

*CHATMAN - Bro you fucking for real. Answer my text now or I'm leaving (Jamjam20012001 calls MV1 once, however, she does not answer)*

*CHATMAN -Goodbye I'm done I can't believe you lied to me (Jamjam20012001 calls MV1 twice, however, she does not answer)*

8. On October 2, 2022, another unknown minor victim (MV2) and CHATMAN had a conversation on Discord about MV2's age. That conversation is as follows:

**10/02/2022**

*CHATMAN-You know my age right*

*MV2-no*

*-what is ur age*

*CHATMAN -Look at my username that will tell you*

*MV2-12?*

*CHATMAN -Look at the year A\*\*\*\**

*MV2-16*

*CHATMAN -What year does my username say*

*MV2-2001v*

*-?*

*CHATMAN -Exactly*

*MV2-21?*

*CHATMAN -Basically yeah*

*MV2-ew man I'm 13*

*CHATMAN -We can be friends*

*MV2-idk that's kinda pedophile thing*

*CHATMAN -Well you're cute tho I can give you that and you're fit*

*MV2-well thanks but ur 21 and I'm 13*

*MV2-and i want a pic of u before I say yes to anything*

*CHATMAN -No*

*MV2-why?*

*MV2-?*

*CHATMAN -Bc I'm grown and I'm not trying to get set up*

9. The following conversation excerpt shows a portion of an ongoing conversation discussing CHATMAN's sexual preference for underage children"

**9/24/2022**

*MV1-can i ask u a question*
*CHATMAN-What's your question*
*MV1-why do u like 7-14 year old? no its not a problem i was just wondering*
*CHATMAN-Bc you're easy They're...*

10. The following two conversation are excerpts of chat conversations where CHATMAN requests MV1 produce child pornography and send it to him via the internet:

**10/03/2022**

*CHATMAN-Have you ever fingered yourself*
*MV1-yeah*
*CHATMAN-Really*

*MV1-yes*

*CHATMAN-Can you send me a video of you doing that*

*MV1-ok when my sister leave the room*

*CHATMAN-Okay*

*...*

*MV1-I just ended up going in to the bathroom*

*MV1-(sends a 1 minute and 22 second video of herself masturbating in her bathroom, however, her face is not visible)*

### 10/04/2022

*CHATMAN-Can you finger yourself again*

*MV1-yea*

*CHATMAN-Can you cum*

*MV1-yeah ima try not to be loud*

*CHATMAN-Make a long video and I want to see you cum*

*MV1-ok*

*MV1-I cant send it thought discord bc its too long*

*CHATMAN-How long was the video*

*MV1-3 mins*

*CHATMAN-Did you cum*

*MV1-yea*

*CHATMAN-Can you cum again*

*MV1-yea*

*CHATMAN-Do it again and record when you about to cum so I can see it and keep going*

11. *MV1-(sends a 1 minute and 20 second video of herself masturbating, however, her face is not visible)*

12. The Discord chats reviewed by law enforcement showed him

communicating with multiple underage girls. This included chats with MV1, and MV2, as shown above, as well as additional girls who identified as various ages between 13 and 17 years old.

### Identification of CHATMAN

13. Upon the execution of the search warrant for MV1 and Jamjam20012001's Discord accounts, subscriber, phone, and Internet Protocol (IP) Address information was included for both accounts. A phone number of \*\*\*-\*\*\*-7954 was provided by Discord for the Jamjam20012001 account. IP information received showed Comcast to be the internet service provider utilized by the *Jamjam20012001* Discord account. A subpoena was served to Comcast for one of the provided IP addresses utilized by the subject account, and it resolved to Leroy Chatman of 24445 Edwin Drive, Flat Rock, MI. Even though the address listed by the internet service provider is Flat Rock, MI, the residence is actually located in Brownstown Charter Township. A records check of Leroy Chatman showed an actual address of 24445 Edwin Drive, Brownstown, MI and a "1st Degree" relative of Jamari CHATMAN. The phone number provided by Discord for the Jamjam20012001 account, \*\*\*-\*\*\*-7954, was attributed to the service provider T-Mobile. Following the issuance of a subpoena, T-Mobile provided the name of the subscriber attributed to the phone number ending in 7954 as "Jay Chapman."

14. During a review of MV1's other chats between friends, MV1 said the

name of her boyfriend was "Jamrai" which appears to be a misspelling of "Jamari." Also during the review of CHATMAN's chats, the adult male believed to be CHATMAN told another unknown individual that his birthday was on December 6th. CHATMAN's birthdate is December 6th, 2001.

15. A review of historical cellular telephone call records for \*\*\*-\*\*\*-7954 showed that the user of the 7954 number had called the Lebanon Ohio Municipal Court on September 26th 2022.

16. Law enforcement contacted the Lebanon Municipal Court and it was discovered that CHATMAN had placed the call after he was issued a traffic citation just north of Sharonville, Ohio on September 26, 2022 after getting traffic stopped at approximately 6:20 PM while traveling northbound on I-75. During this stop, CHATMAN was driving a grey 2005 Honda Accord bearing Michigan license plate 2NKX29.

**Background on CHATMAN**

17. 21-year-old Jamari CHATMAN, date of birth \*\*/\*\*/2001, is a resident of Brownstown, Michigan. CHATMAN has no known criminal history.

18. Jamari CHATMAN has a Michigan driver's license with a registered address of 24445 Edwin Drive, Brownstown Michigan, 48134.

19. The IP address utilized to communicate with MV1 on Discord resolves to the 24445 Edwin Drive address.

20. Jamari CHATMAN drives a 2005 Honda Accord, VIN JHMCN36485C011147, last observed bearing Michigan license plate 2NKX29. This vehicle is registered to CHATMAN's name at the 24445 Edwin Dr. address. This was the vehicle in which CHATMAN was pulled over while traveling on I-75 just north or Sharonville, Ohio on September 26, 2022. This was the same day on which CHATMAN attempted to meet with MV1 in Sharonville, OH.

21. The above information was used to obtain search warrant 2:23-mc-50090-1 in the Eastern District of Michigan for 24445 Edwin Dr, Brownstown, Michigan; the person of Jamari Chatman; and a grey 2005 Honda Accord. This warrant was executed in the late evening of January 24th 2023.

22. During execution of the warrant, law enforcement obtained statements from individuals residing at 24445 Edwin Dr., Brownstown, Michigan and performed initial forensic review of electronics seized.

23. During an interview of Jamari Chatman, he confirmed the following information:

    a. His phone number was 313-433-7954.

    b. He drove a grey Honda Accord that was parked in the driveway of 24445 Edwin Drive, with a license plate that matched the plate of the vehicle issued a citation in Ohio on September 26th 2022.

    c. Confirmed that he used Discord account "Jamjam20012001".

    d. Stated that he has two cellular phones: one in his room and one in his pocket.

24. A review of the cellular devices that Jamari Chatman stated belonged to him showed the following information:

    a. Both devices were logged into a Discord account with username "Jamjam20012001".

    b. The Discord application showed an active friend request for MV1's Discord account.

25. During an interview of Carletta Lockhart, Jamari Chatman's stepmother, Lockhart stated that she recalled Jamari's trip to Ohio where he received a speeding ticket. Lockhart stated that Jamari had told her he met a girl online and had driven to meet her.

26. Based on the foregoing facts, there is probable cause to believe that CHATMAN has violated Title 18, United States Code, Section 2252A(a)(2)(A) and (b)(1): Receipt of Child Pornography and has violated Title 18, United States Code, Section 2242(b): Coercion and Enticement.

*[signature]*
Alan Keith Isaacs
FBI Task Force Officer

Subscribed and sworn to before me on this  25th  day of January 2023.
 via electronic means, specifically Facetime video.

*Stephanie K. Bowman*
_____
HON. STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE